UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,          )
                                   )
          v.                       )
                                   )   Cr. No. 09-10166-MLW
RICHARD W. McDONOUGH,              )
          Defendant.               )

MEMORANDUM AND ORDER

WOLF, D.J.                                    October 19, 2016

On September 9, 2011, the court sentenced Salvatore DiMasi to eight years in prison and Richard McDonough to seven years in prison for conspiring to use DiMasi's office as the Speaker of the Massachusetts House of Representatives to commit extortion, mail fraud, and wire fraud. The court subsequently denied DiMasi and McDonough's motion for release pending appeal. See United States v. DiMasi, 817 F. Supp. 2d 9, 12 (D. Mass. 2011). Dimasi and McDonough each began serving his sentence on November 30, 2011. The First Circuit subsequently affirmed the convictions and the sentence imposed on each defendant. United States v. McDonough, 727 F.3d 143, 166 (1st Cir. 2013).

In McDonough's Presentence Report (the "PSR"), the Probation Officer wrote that McDonough told her that he had tried cocaine in the 1960's and that he had last used marijuana in the 1990s. See PSR, ¶107. In addition, the Probation Officer wrote that:

The defendant denies ever using any other controlled substances. He advises his use of alcohol, marijuana,

and cocaine has never been problematic and that he has never participated in, or needed any, substance abuse counseling.

PSR, ¶108. In view of this information, the court did not order drug treatment as a condition of McDonough's two-year period of Supervised Release.

On October 13, 2016, the government filed on behalf of the Director of the Bureau of Prisons (the "BOP") a motion to reduce DiMasi's sentence to time-served pursuant to 18 U.S.C. §3582(c)(1)(A)(i), based upon a reported deterioration of DiMasi's physical health and difficulty in functioning in prison (the "DiMasi Motion"). Without the motion, DiMasi's projected release date would be November 17, 2018.

The court assumed that McDonough would be released in about November 2017. However, while working on the DiMasi Motion, the court learned that the BOP had reduced McDonough's sentence because he had completed a 500 hour Residential Drug and Alcohol Abuse Program (the "RDAP"), released him to a Residential Re-entry Center in July 2016, and later placed him in home confinement until he completes his reduced sentence on January 3, 2017.

More specifically, the court consulted the Probation Office and reviewed the attached BOP May 18, 2016 Progress Report concerning McDonough (the "Progress Report"). It states that the BOP allowed McDonough to participate in the RDAP and then exercised its discretionary authority, under 18 U.S.C. §3621(e)(2)(B), to

reduce his sentence. See Progress Report at 8. Among other things, this raises the question of whether the court should conduct a hearing to determine if McDonough's conditions of Supervised Release should be modified to include drug treatment. See 18 U.S.C. §3583(e)(2); Fed. R. Crim. P. 32.1(c).

BOP regulations provide that to participate in the RDAP and be eligible for early release, "[i]nmates must have a verifiable substance use disorder." 28 C.F.R. §§550.53(b)(1), 550.55(a)(2). BOP policy requires that, when an inmate is being considered for the RDAP, a Drug Abuse Treatment Specialist must determine, among other things, "if . . . [t]here is documentation available to verify the inmate's use of specific drugs, including alcohol [and] [t]here is verification that can establish a pattern of substance abuse or dependence." Federal Bureau of Prisons, Program Statement 5330.11, Psychology Treatment Programs, §2.5.8(2) (March 16, 2009), https://www.bop.gov/policy/progstat/5330_011.pdf (the "RDAP Policy"). The RDAP Policy describes the type of documentation to be used to verify a purported pattern of substance abuse as follows:

> Documentation to support a substance use disorder within the 12-month period before the inmate's arrest on his or her current offense[:] [D]ocumentation from a probation officer, parole officer, social service professional, etc., who has information that verifies the inmate's problem with substance(s) within the 12-month period before the inmate's arrest on his or her current offense[;] [d]ocumentation from a substance abuse treatment provider or medical provider who diagnosed and

treated the inmate for a substance abuse disorder within the 12-month period before the inmate's arrest on his or her current offense[; or] [m]ultiple convictions (two or more) for Driving Under the Influence (DUI) or Driving While Intoxicated (DWI) in the 5 years prior to his or her most recent arrest.

Id. If there is no verifying information in the inmate's PSR or other official documents, the burden is on the inmate to provide verifying documentation from a prior abuse treatment provider or a probation officer, parole officer, or social services professional before entering the RDAP program. Id. §2.5.8(3).

The BOP's application of the RDAP Policy has been described as follows:

> Given the section 3621(e) incentive [to obtain a reduction in sentence], and to ferret out malingering, RDAP eligibility interviews entail difficult questions designed to determine whether admission is sought in good faith to obtain treatment, or simply to secure a quicker return home. Applicants are routinely asked when they learned about the program and the section 3621(e) credit, whether attorneys advised them to exaggerate treatment needs when meeting with probation, and the details of their drug or alcohol use (e.g., when, how often, where, with whom, others' awareness, etc.).
>
> ****
>
> The BOP has historically placed primary reliance on a prisoner's self-reporting to the presentence report (PSR) writer. Whatever is contained in the PSR is presumptively valid, and any claim of a disorder that the PSR does not plainly substantiate is treated as suspect. That said, Program Statement 5330.11 confirms any prisoner's ability to validate the issue via "collateral documentation," including information from mental health or social service professionals "that verifies the inmate's problem with substance(s) within the 12-month period before the inmate's arrest on his or her current offense[.]" This independent information must have been developed contemporaneous to the

4

individual being seen and in connection to corresponding
treatment . . . .

Alan Ellis and Todd Bussert, <u>Looking at the BOP's Amended RDAP</u>
<u>Rules</u>, 26 Criminal Justice Magazine 3, Fall 2011, at 37, 38,
available at http://www.americanbar.org/publications/criminal_
justice_magazine_home/fall2011.html.

The BOP Progress Report states that McDonough told the BOP
that he had used alcohol daily and cocaine weekly in the year prior
to his arrest. <u>See</u> Progress Report at 8. However, the BOP had a
PSR in which McDonough claimed to have not used drugs since the
1990's and asserted to have never needed drug treatment. In
addition, the court did not recommend that McDonough receive drug
treatment in prison.[1] Moreover, because McDonough was convicted of
committing mail and wire fraud, among other things, the BOP had
particular reason to be concerned about his credibility and,
therefore, to insist on the usually required verification of his
claims. However, the court is informed by Probation that the BOP
did not communicate with it about the inconsistency between the
PSR and McDonough's statements to the BOP or ask Probation whether
there was any evidence to support McDonough's contention that he
had a recent history of drug abuse. There is, therefore, a
question concerning what, if any, documents and information the

---

[1] When sentencing a defendant the court recommends intensive drug
treatment if such a recommendation is justified by the record. The
BOP, however, often does not follow such recommendations.

BOP relied on in finding McDonough eligible for the RDAP and an eventual reduction in his sentence. Such documents and information are relevant to the supervision of McDonough when his sentence is complete.

The BOP transitional plan concerning McDonough also raises questions. The Progress Report states that McDonough "does not require any on-going treatment after release from custody." Id. Probation has informed the court that not recommending drug treatment as a condition of Supervised Release for a defendant who has completed the RDAP and had his sentence reduced by the BOP is very unusual, if not unprecedented in the District of Massachusetts. The court must have a full explanation to understand and evaluate the BOP's recommendation that McDonough not receive drug treatment while on Supervised Release.

In this case, the BOP reduced a sentence this court carefully considered and, for reasons fully explained, found to be necessary to serve the statutory purposes of sentencing. See Sept. 8 and 9, 2011 Transcript; 18 U.S.C. §3553(a). It appears that the BOP may have departed from its established policy and regular practices to do so. As indicated earlier, its finding that McDonough has a recent history of drug abuse raises, among other things, the issue of whether McDonough's conditions of Supervised Release should be revised to require that he participate in a drug treatment program when he is released from BOP custody.

The issues discussed in this Memorandum may raise questions for the BOP concerning the efficacy, if not integrity, of its procedures.   The relevant facts may present issues for the Department of Justice as well. A knowing and willful material false statement to an official of the BOP is a crime under 18 U.S.C. §1001. See United States v. Davis, 8 F. 3d 923, 929 (2nd Cir. 1993). Such a statement to a Probation Officer may also be a crime. Compare United States v. Manning, 526 F. 3d 611, 621 (10th Cir. 2008)(holding that false statements made by a defendant to a probation officer during a presentence interview are a crime) with United States v. Horvath, 492 F 3d 1075, 1080 (9th Cir. 2007) (holding that such statements are protected by a statutory exemption to §1001 that protects statements "submitted by [a] party to a judge" in a judicial proceeding).

However, the court's immediate interest is in obtaining the documents and information on which the BOP relied in deciding to admit McDonough to the RDAP and to exercise its discretion to reduce his sentence, as well as being informed of the BOP's reasoning in deciding that McDonough does not require drug treatment after his release from BOP custody.   Once again, this information will be important to the court in considering whether McDonough's conditions of Supervised Release should be modified and to Probation in supervising him.

In view of the foregoing, including the court's responsibility to assure that McDonough's conditions of supervised release are appropriate, it is hereby ORDERED that the Director of the Bureau of Prisons, or his fully informed designee, shall, by October 27, 2016, file for the public record one or more affidavits, related documents, and a memorandum addressing at least the issues discussed in this Memorandum and Order. These issues include, but are not limited to: any efforts the BOP made to verify McDonough's claim that he had a recent history of drug abuse; the reasons the BOP put McDonough in the RDAP; the record on which that decision was based; the reasons the BOP reduced McDonough's sentence; the record on which that decision was made; the reasons that the BOP found that McDonough does not require on-going treatment; and the record on which that decision was made.


UNITED STATES DISTRICT JUDGE

Department of Justice
**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons
**Progress Report: 05-18-2016**



| | |
|---|---|
| Name: | MCDONOUGH, RICHARD W |
| Register Number: | 27368-038 |
| Security/Custody: | MINIMUM/OUT |
| Projected Release: | 01-03-2017 / 3621E CMPL |

**Institution:**

MORGANTOWN FCI
P.O. BOX 1000
MORGANTOWN, WV
26507
Telephone: (304) 296-4416
Fax: 700-285-9000

| | |
|---|---|
| Next Review Date: | 07-12-2016 |
| Next Custody Review Date: | 06-04-2016 |
| Age/DOB/Sex: | 70 / 1945 / M |
| CIM Status: | Y |
| | If yes, reconciled: Y |

Driver's License/State: 
FBI Number:
SSN:
DCDC Number:
INS Number:
PDID Number:
Other IDs:

| | |
|---|---|
| Release Residence: | Judith McDonough, Wife |
| Telephone: |  |

Release Employer: *[Name]*
*[Address]*
*[POC]*
Contact
Telephone:

| | |
|---|---|
| Primary Emergency Contact: | Judith McDonough, Wife |
| Telephone: |  |

Secondary Emergency Contact: *[POC]* 
Telephone:

**Mentor Information:**

**Controlling Sentence Information:**

| Offense(s)/Violator Offenses | Sentence | Sentencing Procedure | Supervision Term |
|---|---|---|---|
| 18:371 CONSPIRACY(CT1) 18:1341;1346 HONEST SERVICES MAIL FRAUD(CTS2,3,6,7,8) | 84 MONTHS | 3559 PLRA SENTENCE | 24 MONTHS |

**Other Current Offenses:**

| NONE |
|---|

| Controlling Sentence Began | Time Served/Jail Credit/Inoperative Time | Days GCT/EGT/SGT | Days FSGT/WSGT/DGCT | Parole Status | |
|---|---|---|---|---|---|
| 11-30-2011 | 4 YEARS 5 MONTHS 20 DAYS / 1 / 0 | 329 / 0 / 0 | 0 / 0 / 0 | Hearing Date: Hearing Type: Last USPC Action: | NOT ENTERED |

**Detainers:** N

**Special Parole Term:** NOT ENTERED
**Pending Charges:** None known
**Cim Status:** Y          **Cim Reconciled:** Y

| Financial Responsibility | Imposed | Balance | Case No./Court of Jurisdiction | Assgn/Schedule Payment |
|---|---|---|---|---|
| ASSESSMENT USDC | $600.00 | $0.00 | 1: 09 CR 10166 - 003 / FMA | FINANC RESP-PARTICIPATES |
| FINE USDC | $50000.00 | $48675.00 | 1: 09 CR 10166 - 003 / FMA | $50.00 MONTHLY |

| | |
|---|---|
| **Financial Plan** | Comm Dep-6 mos: $2052.96 |
| **Active:** Y | Commissary |
| **Financial Plan Date:** 05-14-2015 | Balance: $4.71 |

**Payments**
**Commensurate:** Y

Department of Justice
Federal Bureau of Prisons

# INMATE SKILLS DEVELOPMENT PLAN

# PROGRESS REPORT: 05-18-2016

| Missed: | N |
| --- | --- |

| Judicial Recommendations: | N/A / N/A / N/A |
| --- | --- |

| Special Conditions of Supervision: | Full Financial Disclosure; Shall not incur or open additional lines of credit without approval of USPO; Shall pay the fine imposed and any remaining balance |
| --- | --- |

| USPO Sentencing: | Chris Maloney, Chief Massachusetts Probation Office John Joseph Moakley United States Courthouse One Courthouse Way Room 1200 Boston, MA 02210-3002 | USPO Relocation: | [POC] [District] [Street Address/Suite] [City], [State] [Zip] |
| --- | --- | --- | --- |
| Phone/Fax: | 617-748-4200 / 617-748-9185 | Phone/Fax: | [Phone] / [Fax] |

| Subject to 18 U.S.C. 4042(B) Notification: | N | DNA Required: Subject to Sex Offender Notifications: Treaty Transfer Case: | Y - 11-30-2011 N N |
| --- | --- | --- | --- |

| Profile Comments: | None |
| --- | --- |

## EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
| --- | --- | --- | --- | --- |
| MRG | GED HAS | COMPLETED GED OR HS DIPLOMA | 01-13-2012 | CURRENT |
| MRG | ESL HAS | ENGLISH PROFICIENT | 12-02-2011 | CURRENT |
| MRG | WELLNESS | COUNSELOR WELLNESS GRP. 8-9:30 | 04-04-2016 | CURRENT |
| MRG | VET AFFAIR | VETERAN'S RE-ENTRY PROGRAM | 05-22-2015 | CURRENT |

## COMPLETED EDUCATION COURSES

| Course Description | Completion Date | Course Hours |
| --- | --- | --- |
| VETERANS - GENERAL INFORMATION | 03-03-2016 | 1 |
| ADVANCED NUTRITION | 12-04-2015 | 10 |
| VETERANS - GENERAL INFORMATION | 09-28-2015 | 1 |
| VETERANS-WORK/LIFE EXPERIENCES | 08-26-2015 | 1 |
| RPP6 - STRESS MANAGEMENT | 07-30-2015 | 1 |
| RPP5 - RELEASE REQ/PROCEDURES | 07-30-2015 | 1 |
| RPP4- INFO/COMMUNITY RESOURCE | 07-30-2015 | 1 |
| RPP3 - PERSONAL FINANCE | 07-30-2015 | 1 |
| RPP2- EMPLOYMENT | 07-30-2015 | 1 |
| VETERANS - GENERAL INFORMATION | 04-26-2015 | 1 |
| VETERANS - LIFE SKILLS | 05-27-2015 | 1 |
| RPP1 - AIDS/DISEASE PREVENT | 05-21-2015 | 1 |
| VOCATIONAL HORTICULTURE CAMP | 04-30-2015 | 75 |
| VT HORTICULTURE TOMATOES CAMP | 12-08-2014 | 105 |
| TURF SCIENCE CAMP PROGRAM | 06-26-2014 | 105 |

Name: **MCDONOUGH, RICHARD W**                                      RegNo: **27368-038**

| | | |
|---|---|---|
| VT HORTICULTURE TOMATOES CAMP | 01-23-2013 | 105 |
| ACE CLASS IN GEOMETRY | 12-22-2012 | 20 |
| STRETCH & TONE 1 | 12-23-2012 | 12 |
| PARENTING PROGRAM | 11-28-2012 | 19 |
| RPP1-HLTH | 09-26-2012 | 1 |
| YOGA CLASS AT THE CAMP | 09-23-2012 | 12 |

| HIGH TEST SCORES | | | | | | |
|---|---|---|---|---|---|---|
| Test | Subtest | Score | Test Date | Test Facl | Form | State |
| Inmate has no score history items in this area | | | | | | |

| WORK DATA | | | | |
|---|---|---|---|---|
| Facility | Assignment | Description | Start Date | Stop Date |
| MRG | DOG MAINT | DOG PROGRAM - MAINTENANCE | 04-02-2016 | CURRENT |

| WORK HISTORY | | | | |
|---|---|---|---|---|
| Facility | Assignment | Work Assignment Description | Start Date | Stop Date |
| MRG | COMPOUND 2 | COMPOUND LABOR POOL EVE SHIFT | 06-14-2015 | 04-02-2016 |
| FTD | D P W | DEPT PUBLIC WORKS - FT DIX | 08-12-2014 | 05-05-2015 |
| FTD | VACATION C | VACATION - FTD CAMP | 08-07-2014 | 08-12-2014 |
| FTD | D P W | DEPT PUBLIC WORKS - FT DIX | 04-12-2014 | 08-07-2014 |
| FTD | VACATION C | VACATION - FTD CAMP | 04-10-2014 | 04-12-2014 |

| DISCIPLINE HISTORY | | | | | |
|---|---|---|---|---|---|
| UDC / DHO | Hearing Date | Report No. | Prohibited Act / Description | Sanction | |
| Inmate has no disciplinary history items in this area | | | | | |

| MOVEMENT DATA | | | | |
|---|---|---|---|---|
| Facility | Assignment | Description | Start Date | Stop Date |
| MRG | A-DES | DESIGNATED, AT ASSIGNED FACIL | 12-22-2015 | CURRENT |

| MOVEMENT HISTORY | | | |
|---|---|---|---|
| Facility | Assignment | Start Date | Stop Date |
| MRG | DESIGNATED, AT ASSIGNED FACIL | 09-22-2015 | 12-22-2015 |
| MRG | *MULTIPLE TRIPS IN/OUT OF MRG | 05-12-2015 | 09-22-2015 |
| FTD | DESIGNATED, AT ASSIGNED FACIL | 11-07-2013 | 05-05-2015 |
| FTD | *MULTIPLE TRIPS IN/OUT OF FTD | 08-12-2013 | 11-07-2013 |

Department of Justice
# INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons
## PROGRESS REPORT: 05-18-2016

| CASE MANAGEMENT ASSIGNMENTS | | | | |
|---|---|---|---|---|
| Facility | Assignment | Description | Start Date | Stop Date |
| MRG | RPP COMPLT | RELEASE PREP PGM COMPLETE | 07-30-2015 | CURRENT |
| MRG | RPP UNT C | RELEASE PREP UNIT PGM COMPLETE | 07-07-2015 | CURRENT |
| MRG | V94 COA913 | V94 CURR OTHER ON/AFTER 91394 | 12-23-2011 | CURRENT |

| MEDICAL DUTY STATUS ASSIGNMENTS | | | | |
|---|---|---|---|---|
| Facility | Assignment | Description | Start Date | Stop Date |
| MRG | YES F/S | CLEARED FOR FOOD SERVICE | 05-21-2015 | CURRENT |
| MRG | REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 05-13-2015 | CURRENT |
| MRG | LOWER BUNK | LOWER BUNK REQUIRED | 05-13-2015 | CURRENT |
| MRG | HGT RESTR | NO LADDERS/NO UPPER BUNK | 05-13-2015 | CURRENT |
| MRG | NO PAPER | NO PAPER MEDICAL RECORD | 04-27-2015 | CURRENT |

Name: **MCDONOUGH, RICHARD W**                                    RegNo: **27368-038**

## ACADEMIC             *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|--------|------------------|
| ✓ | **INTELLECTUAL FUNCTIONING**<br>⊕ no intellectual deficits<br>① has NOT attended special education classes |
| ? | **LITERACY**<br>① some college, with High School diploma<br>⊖ Not all test results passing |
| ✓ | **LANGUAGE**<br>⊕ fluent in English as primary language |
| ✓ | **COMPUTER SKILLS**<br>⊕ possesses keyboarding skills<br>⊕ possesses word processing skills<br>⊕ possesses internet navigation skills |
| | *Progress and Goals* |
| | According to the PSI of inmate McDonough, he has a high school diploma. During his incarceration, he has completed the following classes: Yoga, Parenting, Stretch and Tone 1, VT Horticulture, Turf Science, and Advanced Nutrition. He is currently participating in the Veteran's Affairs Program and also the Counselor/Wellness counseling group. |

## VOCATIONAL/CAREER    *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|--------|------------------|
| ✓ | **EMPLOYMENT HISTORY**<br>① employed at time of arrest<br>⊕ consistent employment history within 5 years prior to incarceration |
| ✓ | **CAREER DEVELOPMENT**<br>⊕ possesses significant expertise in field<br>① Business and Financial Operations - 13<br>① Legal - 23<br><br>① realistic career/job goals upon release<br>⊖ seeking position: Unknown<br>⊕ has more than two years work experience in this field<br>⊕ has an education degree related to this field |
| ? | **INSTITUTION WORK HISTORY**<br>⊖ has no consistent institution work history<br>    Eval: 12-29-2015 Satisfactory<br>    Eval: 11-16-2015 Satisfactory<br>    Eval: 10-13-2015 Satisfactory<br>    Eval: 09-21-2015 Satisfactory<br>    Eval: 08-13-2015 Satisfactory<br>    Eval: 07-22-2015 Satisfactory |
| ⊡ | **POST INCARCERATION EMPLOYMENT**<br>⊖ post-incarceration employment not secured |

Department of Justice
**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons
**PROGRESS REPORT: 05-18-2016**

## VOCATIONAL/CAREER   *** Disregard Response Summary and utilize only the Progress & Goals section ***

| | |
|---|---|
| ① other: He has been receiving social security and pension monies since 2011. | |
| ⊖ no release documents obtained to date | |

### Progress and Goals

According to his PSI, Inmate McDonough has been receiving social security and pension payments since 2011. He was previously self-employed with Richard W. McDonough Associates. During his incarceration, he has been assigned to the following job sites: Dept Public Works, Compound Labor Pool, and currently the Dog Maintenance Program. He continuously receives satisfactory to good work report ratings.

## INTERPERSONAL       *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ✓ | **RELATIONSHIPS** |
| | ⊕ no adverse life experiences |
| | ⊕ no negative peer influences prior to incarceration |
| ✓ | **FAMILY TIES/SUPPORT SYSTEM** |
| | ⊕ consistent social support available<br>Spouse: Financial<br>Spouse: Emotional<br>Spouse: General<br>Immediate Family: Financial<br>Immediate Family: Emotional<br>Immediate Family: General<br>Relative: General<br>Friend: General |
| ⊘ | **PARENTAL RESPONSIBILITY** |
| | ① no children under the age of 21 |
| | ① no children under the age of 21 financially responsible for |
| | ① RRC (MINT) Placement is not applicable |
| ✓ | **COMMUNICATION** |
| | ⊕ displays good communication skills |

### Progress and Goals

Inmate McDonough maintains contact with family and friends through the telephone, electronic mail, written correspondence and visits.

## WELLNESS                    *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|--------|------------------|
| ⓧ | **HEALTH PROMO/DISEASE PREVENT**<br>⊖ overweight<br>① height 5 ft. 11 in.<br>① weight (lbs) 190<br>① BMI Score 26.5<br>① date calculated 06-07-2012<br><br>⊕ maintains physical fitness thru regular exercise;<br>① aerobic exercise<br>⊖ organized sports<br><br>⊕ no evidence of behaviors associated with increased risk of infectious disease<br><br>⊕ does not use tobacco (cigarettes, cigars, and/or smokeless tobacco)<br><br>⊖ did not have a primary care provider or clinic (prior to incarceration)<br>⊖ does not have health insurance coverage upon release |
| ⓧ | **DISEASE/ILLNESS MANAGEMENT**<br>⊕ complies with treatment recommendations and/or takes medications as prescribed, or none required<br><br>⊖ medical Care Level II (Chronic care - stable) - See Exit Summary<br>⊕ no dental problems<br>⊕ no non-routine services/assistance devices needed |
| ⓧ | **TRANSITIONAL PLAN**<br>⊖ requires medication upon release from custody - See Exit Summary<br>⊖ requires on-going treatment or follow-up after release from custody - See Exit Summary<br>① TB Clearance Complete - See Exit Summary<br>⊕ health Services recommends for RRC placement |
| ⊘ | **GOVERNMENT ASSISTANCE**<br>① has not previously received Social Security assistance<br>① inmate indicates he/she may not be eligible for Social Security assistance after release<br><br>① has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard<br>① spouse or a parent has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard |

| Progress and Goals |
|--------------------|
| Inmate McDonough is classified as regular duty status with the following medical restrictions:  No ladders and no upper bunk. |

Department of Justice
**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons
**PROGRESS REPORT: 05-18-2016**

## MENTAL HEALTH        *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ⊘ | **SUBSTANCE ABUSE MANAGEMENT**<br><br>⊖ evidence of inappropriate use of alcohol, prescription medications and/or illegal drugs in the year prior to arrest<br>　alcohol: Daily<br>　cocaine/crack: Weekly<br><br>⊖ no history of substance abuse treatment<br>⊘ not currently participating in substance abuse treatment |
| ✓ | **MENTAL ILLNESS MANAGEMENT**<br><br>⊕ no history of mental health diagnosis prior to incarceration<br><br>⊕ no mental health diagnosis during incarceration<br><br>⊕ no history of serious suicidal ideation or attempts |
| ✓ | **TRANSITIONAL PLAN**<br><br>⊕ no medication required upon release from custody<br>⊕ does not require on-going treatment after release from custody<br>⊕ psychology services recommends RRC placement |
| ✓ | **APPROPRIATE SEXUAL BEHAVIOR**<br><br>⊕ no evidence of sexually inappropriate behavior |
| | **Progress and Goals** |
| | Inmate McDonough completed the Residential Drug Abuse Program (RDAP), group 179, in March 2016. While at this facility, he will continue to participate in RDAP follow-up services, and once he arrives at the RRC he will continue participating in RDAP transitional services. |

## COGNITIVE        *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ✓ | **GENERAL BEHAVIOR**<br><br>⊕ no evidence of behavioral problems as a juvenile<br><br>⊕ no evidence of behavioral problems as an adult |
| ✓ | **CRIMINAL HISTORY**<br><br>⊕ no prior convictions AND current conviction is non-violent/non-sex offense<br>　financial offenses: Single occurrence(s) |
| ✓ | **DOMESTIC VIOLENCE/ABUSE**<br><br>⊕ no history of domestic violence or abuse |
| ✓ | **CRIMINAL BEHAVIOR**<br><br>⊕ no onset of criminal behavior before the age of 14<br>⊕ no criminal versatility: Convictions in less than 3 categories<br>⊕ no significant history of violence: Less than 2 violent convictions |

Name: **MCDONOUGH, RICHARD W**                                    RegNo: **27368-038**

## COGNITIVE          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
| --- |
| Inmate McDonough maintains high levels of unit sanitation, personal hygiene, and has not incurred any disciplinary infractions. |

## CHARACTER          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
| --- | --- |
|  | **PERSONAL CHARACTER**<br>⊕ behaviors indicative of positive personal character;<br>⊕ active participation in social/civic (provides assistance to others) organization<br>⊕ evidence of spirituality<br>   talks to a friend or mentor about spiritual/religious issues: Sometimes<br>   active participation in a faith group: Sometimes<br>   connected to outside spiritual/religious community: Sometimes<br>   examines actions to see if they reflect values: Sometimes<br>   finds meaning in times of hardship: Always<br>⊕ charitable contributions<br>⊕ consistent financial support for dependents<br>⊕ fulfills financial obligations<br>Ⓘ religious assignment: CATHOLIC<br><br>⊕ no evidence easily influenced by other |
|  | **PERSONAL RESPONSIBILITY**<br>Ⓘ reports responsibility for current incarceration as:<br>⊕ self (sole responsibility)<br><br>⊕ made efforts to make amends for their crime(s)<br>⊕ other: Fine |

| Progress and Goals |
| --- |
| Inmate McDonough maintains a good rapport with institutional staff and inmate peers. |

## LEISURE          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
| --- | --- |
| ✓ | **USE OF LEISURE TIME**<br>⊕ activities indicative of positive use of leisure time;<br>⊕ participation in a faith group<br>⊕ family time<br>⊕ sports/exercise<br>⊕ movies/television/music<br>⊕ computers/video games<br>⊕ reading<br>⊕ cultural events/concerts/theater<br>⊕ political or government organizations |

Department of Justice
Federal Bureau of Prisons

# INMATE SKILLS DEVELOPMENT PLAN

## PROGRESS REPORT: 05-18-2016

## LEISURE          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
|---|
| During his incarceration, Inmate McDonough has completed the following classes: Yoga, Parenting, Stretch and Tone 1, VT Horticulture, Turf Science, and Advanced Nutrition. He is currently participating in the Veteran's Affairs Program and also the Counselor/Wellness counseling group. |

## DAILY LIVING          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ✓ | **FINANCIAL MANAGEMENT**<br>⊕ knowledge in maintaining checking account<br>⊕ knowledge in maintaining savings account<br>⊕ knowledge in utilizing an ATM debit card<br>⊕ knowledge in obtaining loans<br>⊕ has an established positive credit history<br>⊕ lived within financial means<br>⊕ pays monthly bills on time |
| ✓ | **FOOD MANAGEMENT**<br>⊕ possesses grocery shopping/consumer skills<br>⊕ makes good nutritional choices to maintain health<br>⊕ possesses basic food preparation skills<br>⊕ knowledgeable in accessing community resources to obtain food |
| ✓ | **PERSONAL HYGIENE/SANITATION**<br>⊕ good personal hygiene and sanitation<br>① quarters assignment: HOUSE V/RANGE 02/BED 153U |
| ✓ | **TRANSPORTATION**<br>⊕ has valid driver's license<br>⊕ No outstanding motor vehicle violations<br><br>⊕ owns personal vehicle with appropriate insurance<br>⊕ possesses public transportation skills and has access to public transportation |
| ✓ | **IDENTIFICATION**<br>⊕ has photo identification<br>⊕ has birth certification<br>⊕ has social security card |
| ✓ | **HOUSING**<br>⊕ established housing year prior to incarceration<br>① established housing: owned or mortgage<br>⊕ established housing: lived with family<br>① established housing: non-publicly assisted<br>⊕ established housing not in a high crime neighborhood<br><br>⊕ housing upon release<br>① supervision district is not a relocation<br>① anticipated housing plan approved by USPO(s)<br>① no concerns with anticipated housing plan |

**Name: MCDONOUGH, RICHARD W**                                    **RegNo: 27368-038**

## DAILY LIVING          *** Disregard Response Summary and utilize only the Progress & Goals section ***

 **RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**
- ① recommended or ordered for RRC placement
- ① date referral completed: 09-03-2015
- ① recommended date: 07-12-2016
- ⊕ RRC Placement: CPA on 07-13-2016

 **FAMILY CARE**
- ⊕ not responsible for obtaining child care for any dependent children upon release
- ⊕ not responsible for obtaining elder care for any dependent(s) upon release
- ⊕ not responsible for obtaining any other special services for dependents upon release

### Progress and Goals

There is a birth certificate and driver's license (exp 05-25-2013) on file. Inmate McDonough is currently making $50.00 monthly payments toward his court-ordered financial obligations. Upon release, he plans on residing with his wife, Judith McDonough in Foxboro, Massachusetts. A release was previously submitted to the USPO in the District of Massachusetts. Inmate McDonough has a confirmed/approved Residential Re-Entry Center placement at the Coolidge House in Boston, Massachusetts on 07-13-2016.

Department of Justice
# INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons
## PROGRESS REPORT: 05-18-2016

## INMATE SKILLS STATUS

| Status | Initial Assessment 12-23-2011 | Previous Assessment 04-19-2016 | Current Assessment 05-18-2016 |
|---|---|---|---|
| (!) Attention Required | 15% | 8.9% | 8.9% |
| (□) Mitigating Issues | 0% | 3.3% | 3.3% |
| (?) Unanswered | 26.7% | 8.3% | 8.3% |
| (✓) Satisfactory | 55% | 76.1% | 76.1% |
| (⊘) Not Applicable | 3.3% | 3.3% | 3.3% |

| Skill Area | Attention Required (!) | Mitigating Issues (□) | Unanswered (?) | Satisfactory (✓) | Not Applicable (⊘) |
|---|---|---|---|---|---|
| Academic | 0% | 0% | 50% | 50% | 0% |
| Vocational/Career | 0% | 30% | 25% | 45% | 0% |
| Interpersonal | 0% | 0% | 0% | 90% | 10% |
| Wellness | 55% | 0% | 0% | 25% | 20% |
| Mental Health | 25% | 0% | 0% | 75% | 0% |
| Cognitive | 0% | 0% | 0% | 100% | 0% |
| Character | 0% | 0% | 0% | 100% | 0% |
| Leisure | 0% | 0% | 0% | 100% | 0% |
| Daily Living | 0% | 0% | 0% | 100% | 0% |

**Name: MCDONOUGH, RICHARD W**                              **RegNo: 27368-038**

## SIGNATURES

| Individual | Signature | Date |
|---|---|---|
| Case Manager:<br>L. LITTLE | | |
| [ ] Chairperson<br>or<br>[ ] Unit Manager:<br>T. TITCHENELL | | |
| Inmate:<br>MCDONOUGH, RICHARD<br>W<br>27368-038 | | |

Name: MCDONOUGH, RICHARD W                                        RegNo: 27368-038

## SIGNATURES

| Individual | Signature | Date |
|---|---|---|
| Case Manager: L. LITTLE | | 5-16-16 |
| [] Chairperson or [] Unit Manager: T. TITCHENELL | | 5-16-16 |
| Inmate: MCDONOUGH, RICHARD W 27368-038 | | 5/16/16 |